**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| RONALD WILLIAM HERTZOG,<br><br>    Plaintiff,<br><br>        v.<br><br>PENNSYLVANIA STATE POLICE JOINT TERRORISM TASK FORCE,<br><br>    Defendant. | CIVIL ACTION NO. 3:04-CV-1229<br><br>(JUDGE CAPUTO) |

## ORDER

**NOW,** this   20th   day of April, 2005, upon review of Magistrate Judge Mannion's Report and Recommendation (Doc. 25) for clear error or manifest injustice, **IT IS HEREBY ORDERED THAT**:

(1)    The Report and Recommendation (Doc. 25) is **ADOPTED**.

(2)    Defendant Pennsylvania State Police's Motion To Dismiss Complaint (Doc. 17) is **GRANTED**.

(3)    The Clerk of the Court shall mark this case **CLOSED**.

/s/ A. Richard Caputo
A. Richard Caputo
United States District Judge